## McDONALD *v.* McDONALD *et al.*

The suit being founded upon a sealed note or single bond and brought
within twenty years after the maturity of the instrument, and
there being no plea of *non est factum*, and no evidence that the
words " witness my hand and seal " were not a part of the instru-
ment when executed, it was error to charge that if these words
were inserted after the execution and without the knowledge or
approval of the maker, the presumption of law is that it was paid.

August 14, 1894.                              *Judgment reversed.*

Appeal.  Before Judge HUNT.  Henry superior court.
October term, 1893.

In March, 1892, suit was brought on a promissory
note for $100, dated March 1, 1878, and due ten months
afterwards.  No plea by defendant appears in the record,
but the defence seems to have been payment.  The note
was under seal, and the words " witness my hand and
seal " appeared to be in a different handwriting and in
different colored ink from that in the body of the note.
The verdict was for the defendant, and plaintiff's motion
for a new trial was overruled.  The material ground of
the motion appears from the head-note.

J. F. WALL, J. S. BOYNTON and STEWART & DANIEL,
for plaintiff.  F. D. DISMUKE and E. J. REAGAN, *contra.*